Commonwealth *v.* King, Appellant.

Argued November 9, 1971. *Sallie Ann Radick,* Assistant Public Defender, with her *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *John E. Nickoloff,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant Dis-

trict Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.